# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 5, 2020

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

157566

JENNA S. AFHOLTER, a/k/a
JENNA S. AFFHOLTER,
      Plaintiff-Appellant,

v

                       SC: 157566
                       COA: 336059
                       Kent CC: 16-002551-NO

PHILLIP C. MATUK,
      Defendant-Appellee.

_____/

On order of the Court, the application for leave to appeal the March 8, 2018 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

CAVANAGH, J., did not participate due to her prior relationship with Garan Lucow Miller, P.C.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 5, 2020



b0129                                     Clerk